Florence Constantino. T. M. Rowlette, of New York City, for appellant. L. J. Vorhaus, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 160 App. Div. 932, 145 N. Y. Supp. 1126.

HARNICK, Respondent, v. LACKAWANNA BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Henry Harnick against the Lackawanna Bridge Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 148 N. Y. Supp. 1119.

HARRIS, Appellant, v. UNITED STATES CASUALTY Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by William D. Harris against the United States Casualty Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HASKINS BOILER CO., Respondent, v. STILWELL, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by the Haskins Boiler Company against Van Meter Stilwell. C. S. Carrington, of Brooklyn, for appellant. T. G. Prioleau, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HASTRICH, Appellant, v. PILCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by William H. Hastrich, individually and as 'executor, etc., against Paul M. Pilcher and others. No opinion. Motion denied, without costs. See, also, 149, N. Y. Supp. 1086.

HASTRICH, Appellant, v. PILCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by William H. Hastrich, individually and as executor, etc., of Margaretha Schmalz, deceased, against Paul M. Pilcher and others. .

PER CURIAM. Order, in so far as appealed from by plaintiff, reversed, with $10 costs and disbursements to plaintiff appellant, and order modified, by reducing the amount of the undertaking to be given on appeal to $1,500, and by striking out from said order the words "including their respective counsel fees herein, and for the payment and satisfaction of all claims and legacies finally found to be due and payable to the creditors and legatees interested in said estate, other than Peter Ungerland and John Ungerland, who have each received their alleged share." The said undertaking may be given within 10 days after the entry of the order upon this decision, and shall be approved as to the form thereof by a justice of this court. See, also, 149 N. Y. Supp. 1086.

HAUBOLD v. RICKERT FINLAY REALTY CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Rudolph O. Haubold against the Rickert Finlay Realty Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

HAWTHORNE, Appellant, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) In the matter of the application of George B. Hawthorne for a writ of mandamus against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Order (83 Misc. Rep. 372, 144 N. Y. Supp. 898) affirmed, with $10 costs and disbursements.

HAYES, Appellant, v. PASQUINI, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by George S. Hayes against Attilio Pasquini, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HAZELTINE, Respondent, v. WADSWORTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Abner Hazeltine, as executor, etc., against Ward Wadsworth.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

HEFFRON, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Mary Heffron against the International Railway Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence on the question of defendant's negligence, and upon the further ground that the damages are excessive.

HEINRICH, Respondent, v. FIRST NAT. BANK OF MIDDLETOWN, Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Eliza Heinrich, as executrix, etc., of Jacob Heinrich, deceased, against the First National Bank of Middletown, N. Y. No opinion. Judgment and order (83 Misc. Rep. 566, 145 N. Y. Supp. 342) affirmed, with costs, on the opinion of Mr. Justice Tompkins at Trial Term.